**Lydia Janeth GARCIA–HERRERA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–70413.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed Feb. 21, 2006.

Lydia Janeth Garcia–Herrera, Bakersfield, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department Of Homeland Security, San Francisco, CA, Papu Sandhu, M. Jocelyn Wright, Esq., Daniel E. Goldman, Esq., Aviva Poczter, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FERNANDEZ, RYMER and BYBEE, Circuit Judges.

MEMORANDUM **

Lydia Janeth Garcia–Herrera, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("BIA") denying her motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review the denial of a motion to reopen for abuse of discretion, *Barroso v. Gonzales,* 429 F.3d 1195, 1200 (9th Cir.2005), and we grant the petition for review.

Garcia–Herrera filed a timely motion to reopen within her voluntary departure period. The BIA denied the motion to reopen solely on the ground that Garcia–Herrera failed to depart within her voluntary departure period. This court recently held that a timely-filed motion to reopen automatically tolls the voluntary departure period. *See id.* at 1205. Accordingly, we

---

grant the petition for review and remand for the BIA to consider the merits of Garcia–Herrera's motion to reopen. *See INS v. Ventura,* 537 U.S. 12, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

